**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DIANESIA BLACK** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 12-02856-STA-cgc** |
| | ) | |
| **K.T.G. (USA), INC., a Foreign** | ) | |
| **Corporation now doing business as** | ) | |
| **KRUGER TISSUE GROUP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER OF DISMISSAL**

On September 18, 2013, Plaintiff Dianesia Black  filed a Stipulation of Dismissal With

Prejudice (D.E. # 27).  Pursuant to the Stipulation of Dismissal, the case is hereby **DISMISSED**

**with prejudice**.

**IT IS SO ORDERED.**

                                              **s/ S. Thomas Anderson**
                                              S. THOMAS ANDERSON
                                              UNITED STATES DISTRICT JUDGE

                                              Date: September 18, 2013